### LANG v. HUDSON & M. R. CO.  (No. 7834.)

(Supreme Court, Appellate Division, First Department.   November 19, 1915.)

APPEAL AND ERROR ☞1094—QUESTIONS OF FACT—FINDING—REVERSAL.

 Where there was no evidence to sustain the finding of defendant's negligence, on which the plaintiff recovered, it would be reversed, and the complaint dismissed.

 [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4322–4352; Dec. Dig. ☞1094.]

Appeal from Appellate Term, First Department.

Action by Isidor Lang against the Hudson & Manhattan Railroad Company. From a determination affirming a judgment of the Municipal Court, defendant appeals. Determination and judgment reversed, and complaint dismissed.

See, also, 154 N. Y. Supp. 1129.

Argued before INGRAHAM, P. J., and LAUGHLIN, CLARKE, SCOTT, and DOWLING, JJ.

Walter L. Glenney, of New York City, for appellant.
Jacob Landy, of New York City, for respondent.

PER CURIAM. There is no evidence to sustain the finding that the defendant was guilty of negligence, and such finding is reversed.

The determination of the Appellate Term and the judgment of the Municipal Court are reversed, and the complaint dismissed, with costs. Order filed.